AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PETERBROOKE FRANCHISING OF AMERICA, LLC

*Plaintiff(s)*

v.   16-cv-20417-Cooke/Torres

MIAMI CHOCOLATES, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIAMI CHOCOLATES, LLC
c/o Registered Agent
Mark B. Maclean
2033 Flesher Avenue
Jacksonville, FL 32207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert M. Einhorn, Esq.
Zarco Einhorn Salkowski & Brito, P.A.
100 S.E. 2nd Street, Suite 2700
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 5, 2016

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court