UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16 CV 20417

PETERBROOKE FRANCHISING OF AMERICA, LLC,

    Plaintiff/Counter-Defendant,

v.

MIAMI CHOCOLATES, LLC,

    Defendant/Counter-plaintiff,

_____/

## DECLARATION OF CHARLES MCDONALD

I, Charles McDonald, declare as follows:

1. I am a managing member of Miami Chocolates, LLC and I make this declaration affidavit on personal knowledge.

2. Miami Chocolates entered into a Franchise Agreement with Peterbrooke Franchising, Inc. on August 24, 2007, a copy of which is attached as Exhibit 1 to the counterclaim filed in this action (the "Agreement").

3. Miami Chocolates never contracted directly with the plaintiff, Peterbrooke Franchising of America, LLC ("PFA").

4. On November 4, 2013, PFA, acting as if it is Miami Chocolates' franchisor, requested that Miami Chocolates change its point-of-sale ("POS") system to a Micros Symphony System (the "Micros System").

5. In response, on or about January 10, 2014, Miami Chocolates sent correspondence to PFA in which, in addition to questioning whether its Agreement with PFI was transferred to PFA,

1

Miami Chocolates objected to changing its POS system to the Micros System. The basis for its objection was Miami Chocolates' good faith belief that the Micros System was not appropriate for a chocolatier shop and did not meet the Peterbrooke specifications.

6.     After stating its objection to changing to the Micros System, PFA never again demanded that Miami Chocolates change to the Micros Systems and Miami Chocolates never implemented the Micros System. As a result, Miami Chocolates implemented a totally different POS system using the Square system, together with a now-required chip reader, and that system has been serving the needs of Miami Chocolates quite well.

7.     For 21 months following Miami Chocolates' objection to change its POS system to the Micros System, Miami Chocolates did not receive any further demands to change its POS system—until October 14, 2015.

8.     Then, on October 14, 2015, Miami Chocolates received a demand from PFA to change its POS system and implement an NCR Silver POS system ("NCR System") and Cimplebox, a system that is different from the prior POS systems that PFA was demanding its franchisees to change over to, and a system that is still not compliant with industry standards insofar as it is lacking the now-required chip readers.

9.     On November 13, 2015, Miami Chocolates once again questioned PFA's acquisition of PFA's rights under the Agreement, and objected to changing its POS system to the NCR System and Cimplebox on the basis that these systems were inadequate and would not be beneficial to Miami Chocolates. Moreover, Miami Chocolates objected to implementing the NCR System and Cimplebox because PFA previously demanded its franchisees to change its POS system twice—first to a Micros E7 system, then to the Symphony system because the initial software was inadequate—and both systems had to be replaced at a considerable expense to the franchisees.

10. On December 2, 2015, PFA once again demanded that Miami Chocolates implement the new POS system within thirty (30) days. PFA failed, however, to demonstrate that the request was beneficial to Miami Chocolates or consistent with PFA specifications. In fact, PFA has never updated the specifications initially established by PFI, yet it has demanded that its franchisees nevertheless change their POS systems, not once, not twice, but now three times. Because of the foregoing, Miami Chocolates declined to implement a POS system that is inadequate. Miami Chocolates notes that the lack of a chip reader is not in the best interest of Miami Chocolates' customers. For that reason, Miami Chocolates implemented the Square POS system, and it made sure that the system came equipped with a chip reader.

11. On January 28, 2016, PFA sent Miami Chocolates notification that it was terminating the Agreement, effective January 29, 2016.

12. As of the date of this Declaration, Miami Chocolates has removed from its store all of the Peterbrooke logos, marks, etc., and has posted on the front door a notice to the public that it is no longer operating a Peterbrooke shop. A picture of the notice on the front door is attached hereto. The only item remaining with a Peterbrooke logo is the outdoor sign, and I am working with the City of Coral Gables to remove the sign. In the meantime, I have turned off the power to the sign so that it does not illuminate and, because of the sign, I posted the notification so that there will be no confusion.

13. Miami Chocolates always paid all royalties due under the Agreement.

14. As concerns Miami Chocolates' POS system, we implemented the Square system due to its high functionality and its ability to comply with EMV standards for chip-readers. That system is beneficial to Miami Chocolates. We offered PFA our login and password so that they could access and monitor our activities, but they declined.

3

I declare under penalties of perjury that the foregoing is true and correct.

Dated: this 4th day of March, 2016.

_____
CHARLES MCDONALD