**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-20417-Civ-COOKE/TORRES**

PETERBROOKE FRANCHISING
OF AMERICA, LLC,

      Plaintiff/Counter-Defendant,

v.

MIAMI CHOCOLATES, LLC,

      Defendant/Counter-plaintiff.

_____/

**ORDER DENYING MOTION TO STRIKE AND TO DISMISS**

THIS MATTER is before me on Defendants' Motion for a Limited Reopening of Discovery and for a Status Conference (ECF No. 125), and Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 119). I have reviewed the Motions, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on January 12, 2017.

For the reasons stated at the Motions Hearing, it is hereby **ORDERED and ADJUDGED** that:

(1)    Defendants' Motion for a Limited Reopening of Discovery and for a Status Conference (ECF No. 125) is **GRANTED**. Defendant may depose Plaintiff's CEO and a corporate representative with knowledge of Plaintiff's production of documents in this case. If Defendants determine to depose two individuals, neither deposition may exceed four hours. If Defendants determine to depose one individual, the deposition may not exceed eight hours. Defendants must complete any depositions by the close of business on February 2, 2017.

(2)    Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 119) is **DENIED**.

(3)    The Court will defer ruling on the pending Motions for Summary Judgment until February 20, 2017.

(4)    Aside from the deadlines addressed in this Order, all other deadlines remain in place.

**DONE and ORDERED** in chambers at Miami, Florida, this 19TH day of January 2017.

_Marcia G. Cooke_

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*