UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20417-Civ-COOKE/TORRES

PETERBROOKE FRANCHISING OF
AMERICA, LLC,

  Plaintiff/Counter-Defendant,
vs.

MIAMI CHOCOLATES, LLC, *et al.*,

  Defendants/Counter-Plaintiffs.
_____/

## ORDER SETTING EVIDENTIARY HEARING

  THIS MATTER comes before me on Plaintiff's Motion for Status Conference (ECF No. 225). In the Court's Omnibus Order on Motions for Summary Judgment, the Court left open the issue of damages related to Plaintiff's claim for unfair competition in Count IV of the Amended Complaint. The Court, citing to *Ramada Inns, Inc. v. Gadsden Motel Co.*, 804 F.2d 1562, 1566-67 (11th Cir. 1986), stated that if Miami Chocolates operated at a loss during the period it competed unfairly, the damages aware would be comprised of two elements: 1) the royalties PFA normally received and 2) the expenditures necessary to establish a new franchise will be elements of the damages award.

  The parties agree that as to the first element, the Court should enter a judgment in favor of the plaintiff and against the Defendant in the amount of $12,286.72. The Court must now determine an award amount as to the second element, the expenditures necessary to establish a new franchise. Having reviewed Plaintiff's Motion, the record, the arguments of the parties made at the status conference on March 6, 2019, and the relevant legal authorities, the Court finds an limited evidentiary hearing on the second element of the unfair competition damages award is necessary.

  Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion for Status Conference (ECF No. 225) is **GRANTED** in part. This matter is set for an evidentiary hearing via Zoom to present evidence establishing the cost of the expenditures necessary to establish a new franchise on **Tuesday, December 15, 2020 at 10:00 a.m.** The Court will provide the parties with a Zoom link in advance of the hearing by separate

endorsed order.

**DONE** and **ORDERED** in chambers at Miami, Florida, this 24th day of November 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*