UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20417-Civ-COOKE/TORRES

PETERBROOKE FRANCHISING OF
AMERICA, LLC,

      Plaintiff/Counter-Defendant,
vs.

MIAMI CHOCOLATES, LLC, *et al.*,

      Defendants/Counter-Plaintiffs.
_____/

## ORDER RESETTING EVIDENTIARY HEARING AND SETTING PRE-HEARING DEADLINES

The Court advises the parties the evidentiary hearing set for December 15, 2020 has been reset to begin at 10:30 a.m. on the same date. Additionally, the Court hereby sets the following pre-hearing deadlines.

1. **Witness Lists**. On or before **December 14, 2020**, the parties must jointly file a witness list containing the names and addresses of all witnesses intended to be called at the hearing. Only those witnesses listed will be permitted to testify unless good cause is shown and there is no prejudice to the opposing party. The witness list should include estimated times for testimony.

2. **Exhibit Lists.** On or before **December 14, 2020**, the parties must also file an exhibit list of all exhibits intended to be used at the hearing. All exhibits must be pre-marked. The Plaintiff's exhibits must be marked numerically preceded by the letter "P." Defendants' exhibits must be marked numerically preceded by the letter "D." For example, Plaintiff's exhibits will be marked P-1, P-2, P-3, etc. The parties must submit the exhibit list on Form AO 187, which is available from the Clerk's office. Only those exhibits listed will be permitted to be used at the hearing unless good cause is shown and there is no prejudice to the opposing party.

3. **Non-Compliance**. Non-compliance with any provision of this Order may subject the offending party to sanctions. It is the duty of all parties and counsel to enforce the timetable set forth herein to ensure an expeditious resolution of this matter.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 11th day of December 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*