UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20417-Civ-COOKE/TORRES

PETERBROOKE FRANCHISING OF
AMERICA, LLC,

       Plaintiff,

v.

MIAMI CHOCOLATES, LLC,
CHARLES MCDONALD and
JUDY MCDONALD

       Defendants.

_____/

## PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff, Peterbrooke Franchising of America, LLC ("PFA"), by and through undersigned counsel and pursuant to S.D. Fla. Local Rule 7.3, hereby submits its Motion for Attorneys' Fees and Costs pursuant to the Court's Amended Final Judgment Order [ECF No. 278].

**I.**     **Procedural Background**

    1.     On February 4, 2016, PFA commenced this action against Defendant, Miami Chocolates, LLC ("Miami Chocolates"), for violations of the Lanham Act, common law trademark infringement, common law unfair competition, and breach of the Franchise Agreement. [ECF No. 1].

    2.     On February 5, 2016, Miami Chocolates filed a counterclaim against PFA, which asserted claims against PFA for breach of contract, breach of the implied covenant of good faith and fair dealing, violation of Florida's Deceptive and Unfair Trade Practices Act, and sought declaratory relief. [ECF No. 6].

3. On June 23, 2016, PFA filed its Amended Complaint, which asserted the following causes of action: (i) Violations of the Lanham Act (Counts I and II) against all Defendants; (ii) Common Law Trademark Infringement (Count III) against all Defendants; (iii) Common Law Unfair Competition (Count IV) against all Defendants; and (iv) Breach of the Franchise Agreement (Count V) against Miami Chocolates. [ECF No. 63].

4. The parties filed dispositive motions as it relates to all claims and counterclaims pled in the Amended Complaint and Counterclaim, respectively. On February 28, 2018, the Court entered its Omnibus Order on Motions for Summary Judgment, granting PFA's Motion for Summary Judgment as to Count IV (common law unfair competition) and Count V (breach of the franchise agreement). All other remaining claims were disposed. [ECF No. 202].

5. On December 22, 2020, the Court entered final judgment in favor of PFA. [ECF No. 239].

6. Thereafter, on January 21, 2021, Defendants, Miami Chocolates, LLC, Charles McDonald, and Judy McDonald, filed a Notice of Appeal [ECF No. 240] of the December 22, 2020 Final Judgment [ECF No. 239].

7. On October 11, 2022, the United States District Court for the Eleventh Circuit issued its opinion which vacated the District Court's Final Judgment [ECF No. 239] and remanded the case for further proceedings.

8. In accordance with the Eleventh Circuit's instructions, this matter was reopened for further proceedings on November 14, 2022. [ECF No. 254].

9. On March 2nd and 3rd, 2023, the parties conducted a Bench Trial before the District Court. At the conclusion of the Bench Trial, the District Court found in Plaintiff's favor [ECF No. 278] on Count V for Breach of Contract and reinstated the original Final Judgment [ECF No. 239],

with updated interested calculations.

10. This Motion is timely filed to seek recovery of PFA's attorneys' fees and costs pursuant to Section 21.4 of the Franchise Agreement and Section 501.2105 of the Florida Statutes.

## II.     Fees and Costs Incurred

PFA has incurred a total of $246,258.50 in attorneys' fees which comprises a total of 666.8 hours of time among attorneys, paralegals, and law clerks and total costs in the amount of $5804.66. The timekeepers for whom fees are sought include:

1. Robert M. Einhorn, named partner and highly experienced commercial trial lawyer and member of the Florida Bar since 1990; $525.00 per hour for 251.65 hours totaling $132,116.25.

2. Alaina B. Siminovsky, former associate and member of the Florida Bar since 2009; $275.00 per hour for 47.1 hours totaling $12,952.50.

3. Melissa Softness, former associate and member of the Florida Bar since 2012; $275.00 per hour for 241.95 hours totaling $66,536.25.

4. Paul Bared, former associate and member of the Florida Bar since 2015; $275.00 per hour for 9.2 hours totaling $2530.00.

5. Michael Braunstein, former law clerk and current associate, and member of the Florida Bar since 2017; $135.00 per hour for 8.7 hours totaling $1174.50.

6. Brenda Phang, former law clerk and current associate, and member of the Florida Bar since 2018; $135.00 per hour for 3.5 hours totaling $472.50.

7. Courtney Hutchison, former law clerk and associate, and member of the Florida Bar since 2019; $135.00 per hour for 1.1 hour totaling $148.50.

8. Alec Shelowitz, current associate and member of the Florida Bar since 2018;

$460.00 per hour for 48.7 hours totaling $22,402.00.

9. Cecilia Miranda (Hernandez), former associate, and member of the Florida Bar since 2020; $275.00 per hour for 2.1 hours totaling $577.50.

10. Madison Adams, current law clerk; $135.00 per hour for 12 hours totaling $1620.00.

11. Nadia Espinosa, senior paralegal since 2008; $195.00 per hour for 39.8 hours totaling $6965.00.

12. Anite Coro, paralegal since 2018; $95.00 per hour for 1 hours totaling $95.00.

The Affidavit of Robert M. Einhorn in support of PFA's Motion for Attorneys' Fees and Costs is included as **Exhibit "A."** A detailed description of the tasks completed by the professionals listed above are included in a detailed time submittal report attached hereto as **Exhibit "B."** Attorney-client privileged information has been redacted from the Report. The amount of fees and costs incurred in this matter is reasonable given the diligence and efficient use of time and labor incurred required to litigate this mater in such a short amount of time and the results achieved.

### III.   Argument

In considering the amount of attorneys' fees to award to a prevailing party, courts consider the following criteria: (i) the time and labor required, the novelty and difficulty of the question involved, and the skill requisite to perform the legal service properly; (ii) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer; (iii) the fee customarily charged in the locality for similar legal services; (iv) the amount involved and the results obtained; (v) the time limitations imposed by the client or the

circumstances; (vi) the nature and length of the professional relationship with the client; (vii) the experience, reputation, and ability of the lawyer or lawyers performing the services; and (viii) whether the fee is fixed or contingent. *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145, 1150 (Fla. 1985); *see also Baratta v. Valley Oak Homeowners' Ass'n. of the Vineyards, Inc.*, 928 So. 2d 495 (Fla. 2d DCA 2006).

PFA is entitled to reimbursement of its attorneys' fees in the amount of $246,258.50. A reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation. *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). The fees charged by the various lawyers assigned to this matter are reasonable and the limited time spent reflects that the work was performed in a very efficient manner. The costs incurred by PFA in the amount of $5804.66 are also reasonable.

Accordingly, PFA requests then entry of a Final Judgment Awarding Attorneys' Fees and Costs in the amount of $246,258.50 in attorneys' fees and $5804.66 in costs for a total sum of $252,063.16.

### IV. Conclusion

WHEREFORE, Plaintiff, Peterbrooke Franchising of America, LLC, respectfully requests that this Honorable Court: (i) grant the instant Motion and (ii) award it $246,258.50 in attorneys' fees and $5804.66 in costs, plus any additional ongoing attorneys' fees and costs.

### LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that on May 2, 2023, counsel for Plaintiff and Defendants conferred upon the relief sought in this instant Motion and the Defendants' counsel advised that

Defendants do not dispute the Plaintiff's counsels' hourly rates or amounts sought to be collected but does contest Plaintiff's entitlement to prevailing party fees and costs.

Dated: May 3, 2023

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI, P.A.**
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, Florida 33131
Telephone: (305) 347-5418
Facsimile: (305) 374-5428

By: s/ Robert M. Einhorn
**ROBERT M. EINHORN – FBN 858188**
Primary E-mail: reinhorn@zarcolaw.com
Secondary E-mail: imorfi@zarcolaw.com
**BRENDA PHANG – FBN 1012334**
E-mail: BPhang@zarcolaw.com
**ALEC R. SHELOWITZ – FBN 1010127**
E-Mail: ashelowitz@zarcolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, the foregoing document is being served this day on counsel for Defendants, Leon F. Hirzel and Patrick G. Dempsey, HIRZEL DREYFUSS & DEMPSEY, PLLC, 2333 Brickell Avenue, Suite A-1 Miami, Florida 33129, via the Court's CM/ECF system.

/s/ *Robert M. Einhorn*